IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 JUN 30 PM 3: 40

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT
W.D. OF TN.-JACKSON

| | | |
|---|---|---|
| WILLIAM BELCHIA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 04-1303-T/An |
| CORRECTIONS CORPORATION OF AMERICA, et al., | ) | |
| Defendants. | ) | |

## ORDER

On November 18, 2004, Plaintiff William Belchia, Tennessee Department of Correction prisoner number 152705, an inmate at the Whiteville Correctional Facility ("WCF"), filed a § 1983 complaint. Because Belchia did not file an application seeking leave to proceed in forma pauperis, the Court, by order entered June 6, 2005, directed him to comply with the Prison Litigation Reform Act of 1995 ("PLRA"), 28 U.S.C. § 1915(b), by submitting both an in forma pauperis affidavit and a prison trust fund account statement. On June 21, 2005, plaintiff submitted the required documents. Accordingly, plaintiff's motion to proceed in forma pauperis is GRANTED nunc pro tunc in accordance with the terms of the assessment order entered on June 6, 2005.

IT IS SO ORDERED this 30th day of June, 2005.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 7/1/05

8

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:04-CV-01303 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

William Belchia
Whiteville Correctional Facility
152705
P. O. Box 679
Whiteville, TN 38075

Honorable James Todd
US DISTRICT COURT