IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| WILLIAM BELCHIA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No.: 1:04-1303 T/An |
| CORRECTIONS CORPORATION OF AMERICA, et al. | ) ) ) ) |
| Defendants. | ) |

### ORDER GRANTING DEFENDANTS' MOTION AND MEMORANDUM FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Upon Motion of the Defendants, Corrections Corporation of America and Patsy Clark, to extend time to file a responsive pleading, statements of counsel for these Defendants, and the entire record, it is,

HEREBY ORDERED, ADJUDGED AND DECREED that the Defendants are granted an extension of time up to and including August 15, 2005 to serve a responsive pleading.

DATED: This the 08th day of August, 2005.

_S. Thomas Anderson_ wmj
JUDGE

5

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 8/9/05

APPROVED FOR ENTRY

PENTECOST, GLENN & RUDD, PLLC

By: _____
James I. Pentecost  #11640
Brandon O. Gibson  #21485
Attorneys for Defendants
106 Stonebridge Blvd
Jackson, Tennessee  38305
(731) 668-5995

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of this pleading or paper personally or by mail upon each attorney or firm of attorneys appearing of record for each adverse party or each *pro se* party on or before the filing date thereof.

DATED: This the 11th day of July, 2005.

PENTECOST, GLENN & RUDD, PLLC

By: _____
BRANDON O. GIBSON
Attorney for Defendants

6

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:04-CV-01303 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

William Belchia
Whiteville Correctional Facility
152705
P. O. Box 679
Whiteville, TN 38075

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT